

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2021

No. 04-20-00152-CV

Lakshmana **VISWANATH**,
Appellant

v.

**THE CITY OF LAREDO**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001492D1
Honorable Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

Appellee's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court